Cynthia L. Alexander, Esq.
Nevada Bar No. 6718
Justin R. Cochran, Esq.
Nevada Bar No. 11939
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone (702) 784-5200
Facsimile (702) 784-5252
Email: calexander@swlaw.com
　　　　jcochran@swlaw.com

*Attorneys for Defendant Wells Fargo Bank, N.A.*

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RICK ROBERTS THOMAS an individual,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>WACHOVIA MORTGAGE, FSB; WELLS FARGO BANK N.A.; NATIONAL DEFAULT SERVICING CORP.; MERSCORP, INC., a Virginia Corporation, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. a subsidiary of MERSCORP, Inc., a Delaware corporations; AND DOES I individuals 1 to 100, Inclusive; and all other persons and entities unknown claiming any right, title, estate, lien or interest in the real property described in the Complaint adverse to Plaintiff's ownership, or any cloud upon Plaintiff's title thereto,<br><br>　　　　　　Defendants. | CASE NO. 2:10-cv-01819<br><br>***AMENDED CERTIFICATE OF SERVICE RE:*** **DEFENDANT WELLS FARGO BANK, N.A.'S MOTION TO STRIKE PLAINTIFF'S PROPOSED ORDER GRANTING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION and PLAINTIFF'S NOTICE OF NON-OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION PURSUANT TO LOCAL RULE 7-2(b), (d)** |

## CERTIFICATE OF SERVICE

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action. On this date, I caused to be served a true and correct copy of the foregoing **DEFENDANT WELLS FARGO BANK, N.A.'S MOTION TO STRIKE PLAINTIFF'S PROPOSED ORDER GRANTING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** and **PLAINTIFF'S NOTICE OF NON-OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION PURSUANT TO LOCAL RULE 7-2(b), (d)** by method indicated below:

__X__    U.S. Mail

_____    U.S. Certified Mail

_____    Facsimile Transmission

_____    Federal Express

_____    Electronic Service via CM/ECF

and addressed to the following:

Rick Roberts Thomas
6775 Whispering Sands Dr.
Las Vegas, NV 89131

*Plaintiff in Pro Per*

DATED this ___ day of November, 2010

_____
An employee of Snell & Wilmer L.L.P.

12252860

- 5 -